United States Bankruptcy Court
District of Puerto Rico

IN RE:  
**MARADIAGA BENAVIDES, JOSE RONNY**  
Debtor(s)

Case No. **09-09746 ESL**  
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/10/2009**  
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____  
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **560.00** x **60** = $ **33,600.00**  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  

TOTAL: $ **33,600.00**

Additional Payments:  
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:  
_____

☐ Other:  
_____

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ **33,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: _[signature]_  
Debtor  

Joint Debtor _[signature]_

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  
Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☐ Trustee pays secured ARREARS:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **Coop. A/c Lomas V.**  
**AMERICAS'S SERVIC   THE LEMON TREE-1   THE MORTGAGE ST**

5. ☐ Other:  

6. ☐ Debtor otherwise maintains regular payments directly to:  
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☐ Paid 100% / ☐ Other: ___  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
**See Continuation Sheet**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MARADIAGA BENAVIDES, JOSE RONNY          Case No. 09-09746 ESL
                                Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR WILL BE SURRENDER RESIDENTIAL PROPERTY FOR PAYMENT IN FULL SATISFACTION OF FIRST AND SECOND MORTGAGE, ASSOCIATION FEES, ATTORNEY FEES, COSTS AND PROPERTY TAXES.

PLAN PAYS 100% PLUS 6%

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RONNY MARADIAGA BENAVIDES

Debtor(s)

CASE NO.; 09-09746 ESL

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 12/10/2009**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 11TH, day of December, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED.

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.        AMERICAS SERVICING CO.
0104-3                                   U.S. Post Office and Courthouse Building    ATT. BANKRUPTCY
Case 09-09746-ESL13                      300 Recinto Sur Street, Room 109            1 HOME CAMPUS
District of Puerto Rico                  San Juan, PR 00901-1964                     DESMOINES, IA 50328-0001
Old San Juan
Fri Dec 11 15:42:40 AST 2009

AMERICAS'S SERVICING COMPANY             CITIBANK USA                                CLC CONSUMER SERVICES
PO BOX 1820                              ATTN. CENTRAIZED BANKRUPTCY                 PO BOX 747006
NEWARK, NJ  07101-1820                   PO BOX 20507                                PITTSBURGH, PA  15274-7006
                                         KANSAS CITY, MO 64195-0507

COOP A/DE LOMAS VERDES                   DEPARTAMENTO DE HACIENDA                    DEPARTAMENTO DEL TRABAJO
PO BOX 1142                              PO BOX 9024140                              AVE. MUOZ RIVERA 505
BAYAMON, PR 00960-1142                   OFICINA 424 B                               HATO REY, PR 00918-3352
                                         SAN JUAN, PR 00902-4140

E-TRADE                                  FEDERAL LITIGATION DEPT OF JUSTICE          FLORIDA DEFAULT LAW GROUP, P.L.
270 LIBERTY AVE.                         PO BOX 9020192                              PO BOX 25018
PITTSBURG, PA 15235                      SAN JUAN, PR  00902-0192                    TAMPA, FL  33622-5018

HOME DEPOT CREDIT SERVICES               (p)INTERNAL REVENUE SERVICE                 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
PROCESSING CENTER                        CENTRALIZED INSOLVENCY OPERATIONS           AS NOMENEE FOR PNC CONSUMER SERVICES
DES MOINES, IA  50364-0500               PO BOX 21126                                3300 SW 34TH AVE. STE 101
                                         PHILADELPHIA PA 19114-0326                  OCALA, FL 34474-4438

ORANGE COUNTY TAX COLLECTOR              SEARS                                       THE LEMON TREE-1 CONDOMINIUM ASOC INC
PO BOX 2551                              701 EAST 60TH ST N                          C/O DON H NGUYEN ESQ
200 SOUTH ORANGE AVENUE, SUITE 1500      SIOUXFALLS, SD 57104-0432                   6236 KINGSPOINTE PARKWAY SUITE 9
ORLANDO, FL 32801-3438                                                               ORLANDO FL 32819-6530

THE MORTGAGE STORE FINANCIAL, INC.       JOSE RAMON CARRION MORALES                  JOSE RONNY MARADIAGA BENAVIDES
DEPT. 9539                               PO BOX 9023884                              CALLE CLAVELILLO S 22
LOS ANGELES, CA 90084-0001               SAN JUAN, PR 00902-3884                     LOMAS VERDES
                                                                                     BAYAMON, PR 00956-3216

MARILYN VALDES ORTEGA                    MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                            OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                           OCHOA BUILDING
SAN JUAN, PR 00919-5596                  500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901-1938
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MARADIAGA BENAVIDES, JOSE RONNY | (d)THE LEMON TREE-1 CONDOMINIUM ASOC., INC.<br>C/O DON H. NGUYEN, ESQ.<br>6236 KINGSPOINTE PARKWAY, SUITE 9<br>ORLANDO, FL 32819-6530 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     2<br>Total                  24 |