IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: * | CASE NUMBER: 09-09746 ESL |
| JOSE RONNY MARADIAGA BENAVIDES* | |
| DEBTOR(S) * | CHAPTER 13 (ASSET CASE) |

*********************************

**DEBTOR'S ANSWER TO TRUSTEE'S POSITION**

**TO THE HONORABLE COURT:**

    **COME(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

    1. On March 23nd, 2010 the Trustee rendered a report stating his position in regards to the Mortgage note how owed by Wells Fargo.

    2. In said report the Trustee's position was the following: If debtor's plan proposes the surrender of Movan't collateral and/or the consent to the lift of the stay in favor of Movant, and/or the plan payments under the plan are in default and/or debtor's direct payments to Movant are in default, the Trustee does not opposes Movant's request. On the other hand if debtors' plan does not proposes the surrender of Movant's collateral or the consent to the lift of the stay in its favor, and/or the plan payments are up to date and/or the direct payments to Movant are up to date, the Trustee opposes Movan't request.

    3. In regards with the debt owed by debtor to Wells Fargo, the debt is in regards to a mortgage loan owed by debtor with the Mortgage Store (See **Exhibit I & II**) of the Motion to Lift Stay.

    4. The confirmed plan provides for the surrender for payment in full to the Mortgage Store which is now owed by Wells Fargo.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion and acknowledge the above stated.

In San Juan, Puerto Rico, this 24th day of March, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED**

*/S/Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

```
Label Matrix for local noticing        ANA LAURA DIAZ LAW OFFICES OF DAVIDJ STERN P    US Bankruptcy Court District of P.R.
0104-3                                 WELLS FARGO BANK NA                             U.S. Post Office and Courthouse Building
Case 09-09746-ESL13                    900 SOUTH PINE ISLAND ROAD SUITE 400            300 Recinto Sur Street, Room 109
District of Puerto Rico                PLANTATON, FL 33324-3920                        San Juan, PR 00901-1964
Old San Juan
Thu Mar 25 07:29:50 AST 2010

AMERICAS SERVICING CO.                 AMERICAS'S SERVICING COMPANY                    CITIBANK USA
ATT. BANKRUPTCY                        PO BOX 1820                                     ATTN. CENTRAIZED BANKRUPTCY
1 HOME CAMPUS                          NEWARK, NJ  07101-1820                          PO BOX 20507
DESMOINES, IA 50328-0001                                                               KANSAS CITY, MO 64195-0507


CLC CONSUMER LOAN SERVICES             CLC CONSUMER SERVICES                           COOP A/DE LOMAS VERDES
SERVICING AGENT FOR E TRADE            PO BOX 747006                                   PO BOX 1142
CONSUMER LOAN SERVICES                 PITTSBURGH, PA  15274-7006                      BAYAMON, PR 00960-1142
2730 LIBERTY AVENUE
PITTSBURGH PA 15222-4704


DEPARTAMENTO DE HACIENDA               DEPARTAMENTO DEL TRABAJO                        E-TRADE
PO BOX 9024140                         AVE. MUOZ RIVERA 505                            270 LIBERTY AVE.
OFICINA 424 B                          HATO REY, PR 00918-3352                         PITTSBURG, PA 15235
SAN JUAN, PR 00902-4140


FEDERAL LITIGATION DEPT OF JUSTICE     FLORIDA DEFAULT LAW GROUP, P.L.                 HOME DEPOT CREDIT SERVICES
PO BOX 9020192                         PO BOX 25018                                    PROCESSING CENTER
SAN JUAN, PR  00902-0192               TAMPA, FL  33622-5018                           DES MOINES, IA  50364-0500


(p)INTERNAL REVENUE SERVICE            MORTGAGE ELECTRONIC REGISTRATION SYSTEMS        ORANGE COUNTY TAX COLLECTOR
CENTRALIZED INSOLVENCY OPERATIONS      AS NOMENEE FOR PNC CONSUMER SERVICES            PO BOX 2551
PO BOX 21126                           3300 SW 34TH AVE. STE 101                       200 SOUTH ORANGE AVENUE, SUITE 1500
PHILADELPHIA PA 19114-0326             OCALA, FL 34474-4438                            ORLANDO, FL 32801-3438


SEARS                                  THE LEMON TREE-1 CONDOMINIUM ASOC INC           THE MORTGAGE STORE FINANCIAL, INC.
701 EAST 60TH ST N                     C/O DON H NGUYEN ESQ                            DEPT. 9539
SIOUXFALLS, SD 57104-0432              6236 KINGSPOINTE PARKWAY SUITE 9                LOS ANGELES, CA 90084-0001
                                       ORLANDO FL 32819-6530


Wells Fargo Bank, N.A.                 JOSE RAMON CARRION MORALES                      JOSE RONNY MARADIAGA BENAVIDES
Attn: Bankruptcy Dept.                 PO BOX 9023884                                  CALLE CLAVELILLO S 22
ONE HOME CAMPUS, MAC#X2501-01D         SAN JUAN, PR 00902-3884                         LOMAS VERDES
DES MOINES, IA 50328-0001                                                              BAYAMON, PR 00956-3216


MARILYN VALDES ORTEGA                  MONSITA LECAROZ ARRIBAS                         RAMESH SINGH
VALDES-ORTEGA                          OFFICE OF THE US TRUSTEE (UST)                  RECOVERY MANAGEMENT SYSTEM CORP.
P O BOX 195596                         OCHOA BUILDING                                  25 SE 2ND AVE STE 1120
SAN JUAN, PR 00919-5596                500 TANCA STREET  SUITE 301                     MIAMI, FL 33131-1605
                                       SAN JUAN, PR 00901-1938
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)WELLS FARGO BANK, NA (VTQ)            (u)MARADIAGA BENAVIDES, JOSE RONNY      (d)THE LEMON TREE-1 CONDOMINIUM ASOC., INC.
MARTINEZ & TORRES LAW OFFICES, P.S.C.                                            C/O DON H. NGUYEN, ESQ.
PO BOX 192938                                                                    6236 KINGSPOINTE PARKWAY, SUITE 9
                                                                                 ORLANDO, FL 32819-6530


End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29
```