IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
JOSE R. MARADIAGA BENAVIDES          Case No.: 09-09746-ESL

                                              Chapter 13

                Debtor(s)

**STANDING CHAPTER 13 TRUSTEE'S
CERTIFICATION FOR DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), AND
RULES 1007(b)(7) OF THE FRBP and LR 3015-2(j)**

TO THE HONORABLE COURT:

   **NOW COMES** José R. Carrión, Chapter 13 Trustee, and very
respectfully certifies that:

1. Debtor(s) has/have completed by claims the confirmed plan.

### Section 1328(a) & LR 3015-2(j)
### DSO Certification of Compliance

2. According to the case record debtor(s) has/have **NO** domestic
   support obligations.

### Section 1328(f) No Prior Discharge Requirement

3. According to the case record the debtor(s) has/have not
   received a discharge under Chapters 7, 11 or 12 during the
   4 year period preceding this case petition date.

4. According to the case record the debtor(s) has/have not
   received a discharge under Chapters 13 during the 2 year
   period preceding this case petition date.

### Section 1328(g)(1) & FRBP Rule 1007(b)(7)
### Instructional Course Requirement

5. According to the case record debtor(s) has/have filed
   certification(s) of completion of an instructional course
   concerning personal financial management described in 11
   U.S.C. §111 as required by Rule 1007(b)(7) of the FRBP.

### Section 1328(h) Not Applicable

6. Subsection (h) of §1328 is not applicable to the debtor(s)
   in this case since he/she/they, pursuant to §522(b)(2),
   elected to use federal exemptions under §522(d).

--------------------------------------------------------------------------------

### Conclusion

7. Pursuant to 11 USC §1328(a) if the above described conditions are met then the Court shall grant the debtor(s) a Chapter 13 discharge.

   **WHEREFORE,** the Trustee hereby respectfully prays from this Honorable Court take notice of the aforementioned certification.

   **CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

   In San Juan, Puerto Rico, this **22** day of September, 2010.

                                      **JOSE R. CARRION**
                                      Chapter 13 Trustee
                                      PO Box 9023884
                                      Old San Juan Station
                                      San Juan, P.R. 00902-3884
                                      Tel (787) 977-3535
                                      FAX (787) 977-3550

                                      By: */s/ José R. Carrión*

09-09746-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

JOSE R. CARRION                          CELESTINO MATTA
PO BOX 9023884, OLD SAN JUAN STATION     US POST OFFICE & COURTHOUSE
SAN JUAN, PR 00902                       300 RECINTO SUR ST., SUITE 109
                                         OLD SAN JUAN, PR 00901

MARILYN VALDES ORTEGA*                   DEPARTMENT OF TREASURY
PO BOX 195596                            PO BOX 9024140
HATO REY, PR  00919-5596                 SAN JUAN, PR 00902

UNEMPLOYMENT INSURANCE                   JOSE RONNY MARADIAGA BENAVIDES
PUERTO RICO DEPT OF LABOR                LOMAS VERDES
12 FLOOR 505 MUNOZ RIVERA AVE.           S-22 CALLE CLAVELILLO
SAN JUAN, PR 00918                       BAYAMON, PR  00956

AMERICAS SERVICING CO.                   CITIBANK USA
ATT. BANKRUPTCY                          ATTN. CENTRAIZED BANKRUPTCY
1 HOME CAMPUS                            PO BOX 20507
DESMOINES, IA  50328                     KANSAS CITY, MO  64195

CLC CONSUMER SERVICES                    CLC SERVICING FOR E TRADE
PO BOX 747006                            2730 LIBERTY AVE
PITTSBURGH, PA  15274-7006               PITTSBURGH, PA  15222

COOP A/C LOMAS VERDES                    FLORIDA DEFAULT LAW GROUP, P.L.
PO BOX 1142                              PO BOX 25018
BAYAMON, PR  00960-1142                  TAMPA, FL  33622-5018

HOME DEPOT CREDIT SERVICES               INTERNAL REVENUE SERVICE
PROCESSING CENTER                        MERCANTIL PLAZA BLDG, ROOM 1014
DES MOINES, IA  50364-0500               2 PONCE DE LEON AVE.  STOP 27 1/2
                                         SAN JUAN, PR  00918-1693

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ORANGE COUNTY TAX COLLECTOR
AS NOMENEE FOR PNC CONSUMER SERVICES     PO BOX 2551
3300 SW 34TH AVE. STE 101                200 SOUTH ORANGE AVENUE, SUITE 1500
OCALA, FL  34474                         ORLANDO, FL  32802-2551

RECOVERY MANAGEMENT SYSTEMS CORP         SEARS
C/O RAMESH SINGH                         701 EAST 60TH ST N
25S SE 2ND AVE SUITE 1120                SIOUXFALLS, SD  57117
MIAMI, FL  33131-1605

THE LEMON TREE-1 CONDOMINIUM ASOC., INC. THE MORTGAGE STORE FINANCIAL, INC.
C/O DON H. NGUYEN, ESQ.                   DEPT. 9539
6236 KINGSPOINTE PARKWAY, SUITE 9         LOS ANGELES, CA  90084-9539
ORLANDO, FL  32819

WELLS FARGO BANK                         WELLS FARGO BANK NA
C/O ANA LAURA DIAZ                       ONE HOME CAMPUS
LAW OFFICES OF DAVID J STERN PA          MAC#X2501-01D
900 SOUTH PINE ISLAND ROAD SUITE 400     DES MOINES, IA  50328
PLANTATION, FL  33324

 DATED:   September 22, 2010              OLGA SOSA

                                         _____
                                         OFFICE OF THE CHAPTER 13 TRUSTEE